FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 AUG 23 AM 10: 20

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARTIN ORTEGA-MUNOZ,

Defendant.

8:10CR408

ORDER TO STRIKE

IT IS ORDERED that Plaintiff's Motion to Strike (Filing No. 23) Filing No. 21 is hereby granted.

IT IS ORDERED that the Clerk of the District Court's office shall strike Filing No. 21.

DATED this 23 day of August, 2017.

BY THE COURT:

MICHAEL D. NELSON
United States Magistrate Judge